**James P. DAVIS, et al.,
Plaintiffs/Appellants,**

v.

**THOMPSON COBURN, LLP, et al.,
Defendants/Respondents.**

**No. ED 99784.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Dec. 31, 2013.

Motion for Rehearing and/or Transfer
to Supreme Court Denied Jan.
30, 2014.

Application for Transfer Denied
March 25, 2014.

Charles F. Dufour, St. Louis, MO, for appellants.

Kevin A. Sullivan, Richard C. Wuestling, Susan M. Dimond, St. Louis, MO, Jennifer

---

1. All statutory references are to RSMo 2000, as amended.

A. Briner, Chesterfield, MO, for respondents.

Before LAWRENCE E. MOONEY, P.J., ROBERT G. DOWD, JR., J., and SHERRI B. SULLIVAN, J.

### ORDER

PER CURIAM.

Plaintiffs—James P. Davis, Sr., and Quarry Holding Company—appeal from the trial court's grant of summary judgment entered in favor of the defendants in plaintiffs' action for attorneys' fees. An opinion would have no precedential value. We have furnished the parties with a memorandum, for their information only, explaining the reasons for our decision. We affirm. Rule 84.16(b)(5).